UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
JUN - 6 2012
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

KEVIN A. GARY,

    Plaintiff,

v.

Case No. 12-10521

Honorable John Corbett O'Meara

DISCOVERY COMMUNICATION, INC.,

    Defendant.
_____/

## ORDER DENYING APPLICATION FOR APPOINTMENT OF COUNSEL

Plaintiff Kevin A. Gary filed an Application for Appointment of Counsel in this matter. In his *pro se* complaint, Plaintiff alleges a claim for libel against Defendant.

The appointment of counsel in a civil case is a privilege and not a constitutional right, one that should be allowed only in exceptional cases. Lopez v. Reyes, 692 F.2d 15, 17 (5th Cir. 1982). The United States Court of Appeals for the Sixth Circuit has advised that district courts, in considering an application for appointment of counsel in civil cases, "should at least consider plaintiff's financial resources, the efforts of plaintiff to obtain counsel, and whether plaintiff's claim appears to have any merit." Henry v. City of Detroit Manpower Dep't., 763 F.2d 757, 760 (6th Cir. 1985). In reviewing Plaintiff's application, the court finds no exceptional circumstances for the appointment of counsel.

Accordingly, it is hereby **ORDERED** that Plaintiff's Application for Appointment of Counsel is **DENIED**.

_____
John Corbett O'Meara
United States District Judge